# United States District Court
## Violation Notice
(Rev. 1/2020)

0553

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 757 | E2152626 | J. SEXTON | 5745 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 06/13/2025 | 38 CFR 1.218(b)(26) |

Place of Offense: 420 N. JAMES RD. COLUMBUS, OH 43219 LOT A

Offense Description: Factual Basis for Charge — HAZMAT ☐

PARKING IN NO-PARKING AREAS, LANES, OR CROSSWALKS SO POSTED OR MARKED BY YELLOW BORDERS OR YELLOW STRIPES

### DEFENDANT INFORMATION

Last Name: CASTLIN
First Name: CARLTON

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| JGP8402 | OH | 2014 | DODGE RAM | | BROWN |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 25.00 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

$ 55.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court, 85 Marconi Blvd., Ctrm #288, Columbus, Ohio 43215
Date: 10/15/2025
Time: 1100

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: REFUSED

Original - CVB Copy

*E2152626*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 06/13, 2025 while exercising my duties as a law enforcement officer in the SOUTHERN District of OHIO

SEE ATTACHED MEMO

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/13/2025    J. SEXTON
Date (mm/dd/yyyy)    Officer Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident