**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | \| |
| | \| |
| **Plaintiff,** | \| |
| | \|     **CASE NO. 2:25-PO-074** |
| **v.** | \| |
| | \|     **MAGISTRATE JUDGE JOLSON** |
| | \| |
| **CARLTON CASTLIN,** | \| |
|      **Defendant.** | \| |
| | \| |
| | \| |

---

## ORDER

    Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be DISMISSED.


            s/Kimberly A. Jolson
            **KIMBERLY A. JOLSON**
            **United States Magistrate Judge**

12/3/2025
**DATE**